IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

**FILED**
JUL 24 2007

CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| MARY HOLGARD, fka MARY SCHILLING, | * | Case No. 06-1008 |
| Plaintiff, | * | |
| -vs- | * | JUDGMENT OF DISMISSAL |
| FARM BUREAU MUTUAL INSURANCE COMPANY, an Iowa corporation, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

The Court having read and examined the parties' Stipulation for Dismissal and being fully advised in the premises; it is hereby

ORDERED that the above-entitled action and all causes of action contained or referred to in the pleadings be, and they hereby are, dismissed upon their merits, with prejudice, without further notice and without taxation of costs to any party hereto.

Dated: July 24, 2007.

BY THE COURT:

Charles B. Kornmann
~~District Court Judge~~
United States District Judge

ATTEST:

Joseph Haas
Clerk

By_____
Deputy